IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IGUSTA CRUTCHFIELD                                              PLAINTIFF

VS.                          CASE NO. 5:05CV00060JMM

CITY OF PINE BLUFF; ROBERT
TREADWELL, INDIVIDUALLY
AND IN THE OFFICIAL CAPACITY
AS A POLICE OFFICER OF THE
CITY OF PINE BLUFF                                              DEFENDANTS

## ORDER OF DISMISSAL

On joint motion of the Plaintiff and Defendant, and it appearing to the Court that this matter has been settled, the Complaint of Plaintiff is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

HON. JAMES M. MOODY,
U.S. DISTRICT JUDGE

**May 1, 2007**
**ENTERED**

DISTRIBUTION TO:
Justin B. Hurst
Robert Beard